**Order filed July 15, 2013**



In The

# Court of Appeals

For The

# First District of Texas

_____

NO. 01-12-00531-CR
_____

**RICKIE RENARLD GOODIE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 23rd District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 64138**

---

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **State's Exhibit 1 (video).**

The clerk of the 23rd District Court is directed to deliver to the Clerk of this court the original of State's Exhibit 1 (video), on or before **July 29, 2013.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's Exhibit 1 (video), to the clerk of the 23rd District Court.


PER CURIAM